## Wasserman's Estate.

*Morris Trasken,* for exceptions.

VAN DUSEN, J., Feb. 21, 1930.—The amount of the fee to be allowed for the services of counsel is peculiarly within the province of the Auditing Judge. This decision will not be disturbed in the absence of gross error, and we all feel that the allowance here made is not erroneous but proper.

The exceptions are dismissed and the adjudication is confirmed absolutely.

HENDERSON, J., did not sit.